UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**GUY SEATON,**
Petitioner,

v.  3:08-cv-00105-MHP
Case No: 3:02-cr-00044-MHP

**UNITED STATES OF AMERICA,**
Respondent.

_____/
(Proposed)

**ORDER GRANTING SEATON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE U.S. OPPOSITION TO PETITIONER'S MOTION FILED UNDER 28 U.S.C. § 2255**

THIS CAUSE coming on to be heard upon consideration of Petitioner Seaton's Unopposed Motion for Extension of Time to File Reply to the U.S. Opposition to Petitioner's Motion Filed Under 28 U.S.C. § 2255, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Petitioner Seaton's Unopposed Motion for Extension of Time to File Reply to the U.S. Opposition to Petitioner's Motion Filed Under 28 U.S.C. § 2255 is **GRANTED**. Seaton's reply to the government's response in opposition to his petition filed under 28 U.S.C. 2255 **shall be filed on or before July 22, 2009.**

Dated: June 23, 2009



_____
United States Judge Marilyn H. Patel

Copy to counsel of record